IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERMAN ALVARADO,<br><br>Defendant. | **Case No.:** CR 2018–499 RS<br><br>[~~PROPOSED~~] ORDER TO MOVE SENTENCING DATE<br><br>**Court:** Courtroom 3, 17th Floor |

[~~PROPOSED~~] ORDER

For the reasons stated by counsel, the Court continues the sentencing date from June 11, 2019, at 2:30 a.m., to June 25, 2019, at 2:30 p.m.

IT IS SO ORDERED.

Dated: June 5, 2019

_____
RICHARD SEEBORG
United States District Judge